Mathew K. Higbee, Esq., SBN 241380
Saba A. Basria, Esq., SBN 307594
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com
E-mail: sbasria@higbeeassociates.com

*Attorneys for Plaintiff*
TAMARA WAREKA aka
TAMARA WILLIAMS

Ian A. Stewart (State Bar No. 250689)
Jura C. Zibas (State Bar No. 217864)
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
Email: Ian.Stewart@wilsonelser.com

*Attorneys for Defendant*
SEED BEAUTY, LLC and
COLOURPOP COSMETICS, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMARA WAREKA aka TAMARA WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>SEED BEAUTY, LLC; COLOURPOP COSMETICS, LLC; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:20-cv-03466-MCS-PVC<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE** |

Pursuant to the Scheduling and Case Management Order, the discovery cut off date is Februray 2, 2021  (Doc. No. 21-1).  The parties have exchanged discovery requests and responses, but require additional time to complete

**JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE**

depositions in an adequate manner. The parties also feel this matter is suitable for mediation and are discussing appropriate dates. As such, the parties request a limited extension of time as follows:

- Discovery Cut-Off : April 2, 2021
- Motion Cut-Off: April 13, 2021
- Settlement Conference Completion: April 13, 2021
- Joint Status Report re Settlement: April 20, 2021
- Motions in Limine Filing Deadline: May 13, 2021
- Opposition to Motion in Limine Filing Deadline: May 20, 2021
- Proposed Pretrial Conference Order: May 13, 2021
- Contentions of Fact/Law: May 13, 2021
- Pretrial Exhibit Stipulation: May 13, 2021
- Joint Exhibit List: May 13, 2021
- Witness Lists & Joint Trial Witness Time Estimate Form: May 13, 2021
- Agreed Statement of the Case: May 13, 2021
- Proposed Voir Dire Questions: May 13, 2021
- Verdict Forms: May 13, 2021
- Final Pre-trial Conference: May 27, 2021
- Trial: June 24, 2021

No other extensions of time have been sought in this matter. The parties believe the extension will allow for a more thorough completion of discovery. The extension is limited in scope and will not greatly draw out the original schedule. For these reasons, the parties respectfully request an extension of time to the discovery cut-off date and the dates that follow.

**JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE**

1 | Dated: January 22, 2021 | **HIGBEE & ASSOCIATES**

2

3 | | By:  /s/ *Saba A. Basria*
Saba A. Basria, Esq.

4 | | *Attorney for Plaintiff*

5 | Dated: January 22, 2021 | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

6

7 | | By**:** **/s/ *Ian Stewart***
Ian Stewart, Esq.

8 | | *Attorney for Defendant*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE**

# PROOF OF SERVICE

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action My business address is 1504 Brookhollow Dr., Ste 112, Santa Ana, California, 92705.

On January 22, 2021, I caused to be served the foregoing documents:

**JOINT REQUEST TO EXTEND DISCOVERY CUT-OFF DATE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system which will send notice of such filing to the following registered CM/ECF users:

**Ian Stewart**
Ian.Stewart@wilsonelser.com

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on January 22, 2020, at Santa Ana, California.

*/s/ Saba A. Basria*
Saba A, Basria, Esq.
*Counsel for Plaintiff*

**JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE**